IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Greyhound Lines, Inc., *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:11-cv-0466 |
| v. | : | Judge Sargus |
| Michael J. Kuzo, | : | Magistrate Judge Abel |
| Defendant | : | |

## Scheduling Order Cancelling Settlement Week Mediation

On March 6, 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for March 16 at 10:30 a.m. be cancelled.  A companion case, raising the same substantive claim, was filed in the Franklin County Common Pleas Court. The trial judge dismissed that case for lack of subject matter jurisdiction. It is now in the Ohio Court of Appeals for the Tenth Appellate District. A mediation was held by David Doyle in that case a month ago. Despite good faith negotiations, the parties were unable to resolve their dispute. It would be a waste of resources to attempt another mediation in this case. The March 2012 Settlement Week mediation is CANCELLED.

Counsel have not completed discovery. The parties are awaiting a decision in the Tenth District case. At their request, the deadline for completing all discovery is extended to and including **May 31, 2012**. Any case-dispositive motions must be filed on or before **July 20, 2012.**

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the

Settlement Week Mediator James Carpenter, 41 S. High St., Ste. 2200, Columbus, OH 43215.

                                                                                            s/Mark R. Abel
                                                                                            United States Magistrate Judge