IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GREYHOUND LINES, INC., et al., | : | CASE NO. 2:11-CV-466 |
| Plaintiffs, | : | JUDGE SARGUS |
| vs. | : | MAGISTRATE JUDGE ABEL |
| MICHAEL J. KUZO, et al., | : | |
| Defendants. | : | |

## NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE

Now come the parties, by and through counsel, and pursuant to F.R.C.P. 41(a)(1)(A)(ii) hereby give notice that the parties stipulate the dismissal with prejudice of all claims, counterclaims, and/or cross-claims herein. Each party shall bear their own costs and attorney fees. This matter is terminated.

_____  6-14-2013
JUDGE SARGUS

APPROVED BY:

*John C. Albert*
John C. Albert (0024164)
Attorney for Greyhound Lines, Inc.

*Richard D. Topper* (JCA per authority)
Richard D. Topper, Jr. (0021291)
Attorney for Charles C. Jones, et al.

433181